UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*RECEIVED OCT 14 2014 — JUDGE SWEET CHAMBERS* (Sweet, R.)

------------------------------------------------------------

JUAN SUAREZ

    Plaintiffs,

-against-

ROYAL HEALTH CARE OF LONG ISLAND LLC
d/b/a ROYAL HEALTH CARE,

    Defendant.

Civil Action No. 14 CV 8048

------------------------------------------------------------

### STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendant, that the date by which Defendant must answer, move or otherwise respond to the Complaint is November 21, 2014. No current putative deadline exists. The above-named Defendant waives defenses relating to service of process, and reserves all other defenses.

| | |
|---|---|
| SHULMAN KESSLER LLP | JACKSON LEWIS P.C. |
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANT* |
| 510 Broadhollow Road, Ste. 110 | 58 S. Service Road, Suite 250 |
| Melville, New York 11747 | Melville, New York 11747 |
| (631) 499-9100 | (631) 247-0404 |
| By: _____ | By: _____ |
| Troy L. Kessler, Esq. | Noel P. Tripp, Esq. |
| Marijana F. Matura, Esq. | |
| Garrett Kaske, Esq. | |
| Dated: 10/13/14 | Dated: 10/13/14 |

SO ORDERED on this 14 day of October, 2014

_____
United States District Judge

4818-2857-6031, v. 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/14